THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CARL A. BOWEN**
**ADC # 161029**                                           **PLAINTIFF**

**v.**             **Case No. 2:21-cv-00087-KGB**

**DEXTER PAYNE,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so adjudged this 2nd day of February, 2023.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge